# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

No. 19-mj-03190-Louis

**UNITED STATES OF AMERICA**

**vs.**

**JEAN-RENE FOUREAU,**

     **Defendant.**

_____/

## CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     ___ Yes _X_ No

2.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     ___ Yes _X_ No

          Respectfully submitted,

          ARIANA FAJARDO ORSHAN
          UNITED STATES ATTORNEY

BY: _____
          Kurt K. Lunkenheimer
          ASSISTANT UNITED STATES ATTORNEY
          Court ID No. A5501535
          99 N.E. 4th Street
          Miami, Florida 33132-2111
          TEL (305) 961-9008
          FAX (305) 536-7213
          Kurt.Lunkenheimer@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-mj-03190-Louis |
| JEAN-RENE FOUREAU, | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 30, 2019 to July 22, 2019___ in the county of _____Miami-Dade_____ in the
___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 401(3) and 2. | Aiding and abetting contempt of court. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

GENE GRAFENSTEIN, SPECIAL AGENT DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___07/26/2019___

_Judge's signature_

City and state: _____Miami, Florida_____

LAUREN F. LOUIS, U.S. MAGISTRATE JUDGE
_Printed name and title_

## **AFFIDAVIT**

I, Gene Grafenstein, being duly sworn, depose and state as follows:

1.      I am a Special Agent with the Drug Enforcement Administration (hereinafter "DEA") assigned to the Miami Field Division Tactical Diversion Squad (hereinafter "TDS"). As such, I am an investigative or law enforcement Officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an Officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516 (1).

2.      I have been employed by the DEA as a Special Agent since July 2009. I have attended the Drug Enforcement Administration Training Academy for which the curriculum lasted nineteen weeks.   This curriculum included training in federal law, physical surveillance, undercover negotiations, and electronic surveillance. Prior to DEA I was an Officer/Inspector with United States Customs and Border Protection, formerly the United States Customs Service, for eight and a half years. My duties with CBP included interviews and inspections of passengers and conveyances, targeting of suspected drug traffickers and terrorist suspects, as well as making arrests of violators.

3.      By virtue of the position as a Special Agent, your Affiant is a federal law enforcement officer empowered to conduct investigations into the unlawful possession, possession with the intent to distribute, and unlawful distribution of controlled substances, and their associated conspiracies and make arrests for violations of Title 18 and 21 of the United States Code.  Your Affiant has received specialized training relating to the investigation of drug trafficking and money laundering.  I have also participated in numerous criminal investigations as part of my duties as a federal law enforcement officer.

4.      The information contained in this affidavit is based on my own personal knowledge of this case, as well as information relayed to me by other law enforcement authorities and sources of information, and information gained from my training and experience. All observations referenced below that were not made by me personally were related to me by the persons who made such observations. This Affidavit contains information necessary to support probable cause for a criminal complaint. It is not intended to include each and every fact and matter observed by more or known to the government.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Jean-Rene FOUREAU aided and abetted a violation of 18 U.S.C. §§ 401(3) and 2, in that FOUREAU provided assistance to his wife, convicted defendant Jeanne E. GERMEIL, in her failure to appear before a court as required by conditions of release.

## **PROBABLE CAUSE**

6.      On September 21, 2018, Jeanne E. Germeil was charged in the Southern District of Florida in Case No. 18-20769-CR-UU with 14 counts of Distribution of a Controlled Substance, *i.e.*, Oxycodone, Percocet and Dilaudid, in violation of Title 21 U.S.C. 841(a)(1).

7.      On September 26, 2018, Germeil was arrested on the above charges, and released on bond the same day. FOUREAU was present during the surrender and was listed on the bond documentation which secured her release pending trial. Germeil was ordered to reside on electronic monitoring, at her residence, located at 8706 Ibis Cove Circle Naples, Florida. Germeil's husband, Jean-Rene FOUREAU resided with Germeil at the same location.  The bond was filed with the Court on September 28, 2019.  As a condition of that bond, Germeil was "required to appear in court at all times as required by notice given by the court."

8.      On January 15, 2019, the government superseded the original indictment with two

2

additional counts for a total of 16 counts of Distribution of a Controlled Substance, *i.e.*, Oxycodone, Percocet and Dilaudid, in violation of Title 21 U.S.C. 841(a)(1). *United States v. Jeanne E. Germeil*, Case No. 18-20769-CR-UU(s).

9.      On February 4, 2019, after a jury trial, Germeil was convicted of counts 1-4, 9, 10, and 14-16. The Court allowed Germeil to remain on the previously issued bond while awaiting sentencing. FOUREAU was present at the time of Germeil's conviction and when she was allowed to continue to remain on the previously issued bond while awaiting sentencing.

10.     On March 30, 2019, Germeil cut off her electronic monitoring bracelet sometime between the hours of 9:00am and 11:00pm, and she fled from her last known residence located at 8706 Ibis Cove Circle Naples, Florida.

11.     On March 31, 2019, Collier County Sheriff's Office (CCSO) Deputies conducted a welfare check at 8706 Ibis Cove Circle Naples, Florida. CCSO Deputies found the front door of the residence wide open. The inside of the residence was in disarray, and all personal items from the residence had been removed with the exception of several medical diplomas belonging to Germeil that were left in the residence. Germeil and FOUREAU were not present at the residence.

12.     On April 10, 2019, Germeil contacted the Miami Herald via email and stated in response to her conviction in *United States v. Jeanne E. Germeil*, Case No. 18-20769-CR-UU(s) that "They will get my corpse. I will not obey an unjust and racist system!"

13.     On April 19, 2019, Germeil failed to appear for a scheduled sentencing hearing in front of United States District Court Judge Ursula Ungaro. Although FOUREAU was not required to appear on April 19, 2019, he was not present at the hearing despite being present at all of the previous hearings with Germeil. Judge Ungaro declared Germeil a fugitive at that time.

14.     On April 22, 2019, the United States District Court transferred Case No. 18-20769-CR-UU(s) to fugitive status.

15.     An investigation into Germeil's flight revealed that on March 30, 2019, FOUREAU rented an Enterprise rental car, a 2019 Silver Ford Focus, Florida license plate: HLCR26 from the Hertz Rental Car location in Naples, Florida. On or around the same time, Germeil and FOUREAU began withdrawing large amounts of cash from different bank accounts belonging to both of them. On March 31, 2019, the rental car was returned to the Miami International Airport location. A Deputy United States Marshal (DUSM) reviewed video surveillance from Enterprise Rental Car, and confirmed the vehicle was dropped off by an unknown black male, not FOUREAU or Germeil. This occurred the day after Germeil cut off her electronic monitoring bracelet and fled.

16.     On April 10, 2019, FOUREAU received a $900.00 dollar money transfer in Mexico City, Mexico. On April 12, 2019, FOUREAU departed Mexico City, Mexico to Port Au Prince, Haiti via Panama City, Panama with a one way ticket on Copa Airlines Flight 149. Based on my training and experience, and subsequent evidence recovered as part of this investigaiton, I believe that it is likely both Germeil and FOUREAU traveled into Mexico via land route sometime after March 31, 2019, with Germeil traveling under the alias of "L.R.P."

17.     On June 28, 2019, the United States Consulate in Montreal, Canada received word from Haitian Nationals that Germeil and FOUREAU were being sheltered in a basement of an apartment located at 29 B Pelirin 6, Petion for the previous two (2) months. The Haitian National Police (HNP) located the building, however, both Germeil and FOUREAU had fled to another location prior to the arrival of HNP.

18.     On July 18, 2019, Germeil and FOUREAU were arrested together outside of a hotel in Pointe Sable, Port Salut, Haiti. Items recovered by the HNP at the time of the arrests include a

4

hotel receipt in the name of Jean FOUREAU, dated July 3, 2019, for $800.00 dollars for a month's stay for two (2) individuals. Also recovered were two (2) Florida driver licenses, one for FOUREAU and another with the alias Germeil was utilizing, "L.R.P." The license utilized by Germeil bore her picture, however the information on the license was for a legitimate person and the picture was altered from the true license bearer.

19.     Based upon the information contained in this affidavit, your Affiant has probable cause to believe that evidence exists that FOUREAU aided and abetted his wife, Jeanne E. Germeil, in her contempt of court, that is, to fail to appear before a court as required by her conditions of release in violation of Title 18, United States Code, Sections 401(3) and 2.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

GENE GRAFENSTEIN
SPECIAL AGENT, DEA

Sworn to before me this
2̲6̲ day of July, 2019

HON. LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA